UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 4

| | |
|---|---|
| SOUTHERN CROSS SEAFOODS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMONS |
| ) | |
| ) | Case No. 22-00299 |
| UNITED STATES OF AMERICA, and ) | |
| NATIONAL MARINE FISHERIES SERVICE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**TO:** The Above-Named Defendants:

You are hereby summoned and required to serve on Plaintiff's attorneys, whose names and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

/s/ Mario Toscano
Clerk of the Court

By: /s/ *David E. Bond*
David E. Bond
David E. Bond (DC Bar No. 453711 )
Lucius B. Lau (DC Bar No. 446088)
701 13th St. NW
Washington, DC 20005
202-729-2307
dbond@whitecase.com
alau@whitecase.com
WHITE & CASE LLP

Attorneys for
Southern Cross Seafoods, LLC

Date:    October 12, 2022