UNITED STATES COURT OF INTERNATIONAL TRADE

| | ) | |
|---|---|---|
| SOUTHERN CROSS SEAFOODS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Court No. 22-00299 |
| UNITED STATES, | ) | |
| Defendant. | ) | |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned, _____Sosun Bae_____, hereby enters an appearance as the principal attorney of record for the United States, defendant in this action, and requests that all papers in connection with this action be served at the address below.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

s/ L. Misha Preheim
L. MISHA PREHEIM
Assistant Director

|  |  |
|---|---|
|  | s/ Sosun Bae<br>SOSUN BAE<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>PO Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 305-7568<br>Facsimile: (202) 307-0972<br>E-mail: Sosun.Bae@usdoj.gov |
| October 17, 2022 | Attorneys for Defendant |