**UNITED STATES COURT OF INTERNATIONAL TRADE**     **FORM 11**

|  |
|---|
| Plaintiff,<br>v.<br><br>Defendant. |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as

for             , _____, in this action

    and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is _____.

Date: _____      _____
                                                                                      Attorney

                                                                             _____
                                                                                     Firm

                                                                             _____
                                                                          Street Address

                                                                             _____
                                                             City, State and Zip Code

                                                           _____
                                                         Telephone Number

                                                          _____
                                                         E-mail Address

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015.)