

CHAMBERS OF
TIMOTHY M. REIF
JUDGE

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, N.Y. 10278-0001

October 5, 2023

**VIA CM/ECF**

Re:   *Southern Cross Seafoods, LLC v. United States et al.*
      Court No. 22-00299

Dear Counsel:

It is the court's intention to issue the opinion and order in the above-captioned case as a public document.  Plaintiffs in the instant action filed a Confidential Motion to Supplement the Administrative Record, ECF No. 34, later superseded by the Motion to Supplement the Administrative Record, ECF No. 37.  The court has bracketed the entire slip opinion out of an abundance of caution in response to plaintiff's initial Confidential Motion to Supplement but does not believe that any of the information in the slip opinion is confidential.  The court asks the parties to review the opinion and inform the court in writing by 17:00 on October 10, 2023, whether any information should be redacted in a public version.

If either party considers that any information should be redacted from a public version, please identify the information or statement and explain the basis for the proposed redaction.

If meeting this deadline will impose an unreasonable hardship, please inform the court immediately.  Please feel free to contact my case manager, Mr. Lewis Hugh, at (212) 264-2923, with any questions.  Thank you for your assistance and cooperation.

Sincerely,

/s/ Timothy M. Reif
_____
Timothy M. Reif, Judge