UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| SOUTHERN CROSS SEAFOODS, LLC, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>UNITED STATES and )<br>NATIONAL MARINE FISHERIES SERVICE, )<br>  )<br>    Defendants. )<br>  ) | Court No. 22-00299 |

**DEFENDANTS' RESPONSE TO COURT'S LETTER**

Defendants, the United States and National Marine Fisheries Service (NMFS), respectfully submit this response to the Court's October 5, 2023 letter. *See* ECF No. 44. In the letter, the Court asked the parties to review its October 5, 2023 opinion, *see* ECF N. 43, and inform it whether any information should be redacted in a public version. Defendants agree with the Court that no redactions are necessary.

    Respectfully submitted,

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General

    PATRICIA M. MCCARTHY
    Director

    /s/ L. Misha Preheim
    L. MISHA PREHEIM
    Assistant Director

                                                  <u>s/Sosun Bae</u>
                                                  SOSUN BAE
                                                  Senior Trial Counsel
                                                  U.S. Department of Justice
                                                  Civil Division
                                                  Commercial Litigation Branch
                                                  P.O. Box 480
                                                  Ben Franklin Station
                                                  Washington D.C. 20044
                                                  Tel: (202) 305-7568
                                                  Fax: (202) 514-8640
                                                  Email: Sosun.Bae@usdoj.gov

Dated: October 5, 2023